AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  25-mj-0092-TPO |
| JUAN GABRIEL ORONA-RODRIGUEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JUAN GABRIEL ORONA-RODRIGUEZ                                        ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Distribution of and Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1),(b)(1)(C); and Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 846.

Date:      4/30/25

Timothy P. OHara
Digitally signed by Timothy P. OHara
Date: 2025.04.30 19:35:31 -06'00'

*Issuing officer's signature*

City and state:      Denver, CO

Timothy P. O'Hara - U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.  Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |